1

2                        UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4
     KAUFMAN,                          )            No. C10-04638 SBA
5                    Plaintiff,        )
                                       )            ORDER DISMISSING ACTION
6          vs.                         )
                                       )
7       ILWU LOCAL 34,                 )
                                       )
8                    Defendant.        )
                                       )
9    _____ )

10

11          The Court having been notified of the settlement of

12   this action, and it appearing that no issue remains for the

13   Court's determination,

14          IT IS HEREBY ORDERED THAT this action and all claims

15   asserted herein are DISMISSED with prejudice.  In the event

16   that the settlement is not reached, any party may move to

17   reopen the case and the trial will be rescheduled, provided

18   that such motion is filed within 30 days of this order.  All

19   scheduled dates, including the trial and pretrial dates, are

20   VACATED.

21          IT IS SO ORDERED.

22   DATED:5/4/11

23          _____
            SAUNDRA BROWN ARMSTRONG
24          United States District Judge

25

26

27

28

1 | UNITED STATES DISTRICT COURT
FOR THE
2 | NORTHERN DISTRICT OF CALIFORNIA

3

4 | KAUFMAN et al,

Case Number: CV10-04638 SBA

Plaintiff,

5 | **CERTIFICATE OF SERVICE**

v.

6

7 | ILWU LOCAL 34 et al,

Defendant.

8 | _____/

9

10 | I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 | That on May 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15 | Ronnie  Kaufman
16 | 243 Stephen Street
Fairfield,  CA 94533

17 | Dated: May 4, 2011

18 | Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28 | 2